```
                                          Judge:     Hon. Brenda Rhoades
                                          Location:  Sherman
                                          Chapter:   13
```

*U.S. BANKRUPTCY COURT EASTERN DISTRICT OF TEXAS — 2012 JUN 25 AM 7:42 — CLERK — BY _____ DEPUTY* (filing stamp)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

IN RE:

CORBIN SCOTT GEISER AND KELLY ANNE GEISER,

Debtor.

No. 12-41235

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF PROCEEDINGS

TO THE DEBTOR, DEBTOR'S ATTORNEY, UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL OTHER INTERESTED PARTIES:

YOU ARE HEREBY GIVEN NOTICE that Ronald G. Housh hereby appears in the above-entitled proceedings on behalf of Fairway Lane Townhomes Owners Association, Creditor, to represent its interests in these proceedings.

YOU ARE FURTHER REQUESTED to serve a copy of each notice of any proceedings, hearing and/or report in this matter, including but not limited to notices required by Bankruptcy Rules 2002 and 3017(a), and the Local Rules of the Bankruptcy Court, upon the undersigned counsel at the following address: 800 Fifth Avenue, Suite 4000, Seattle, Washington 98104.

This Request for Notice is in addition to, and not in lieu of, any notice to which the above-named party-in-interest is otherwise entitled to receive in these proceedings.

DATED this 19th day of June 2012.

RONALD G. HOUSH, P.S.

By: *[signature]*
Ronald G. Housh
WSBA No. 7658
Attorney for Fairway Lane
Townhomes Owners Association

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
OF PROCEEDINGS – 1

CDC xf130203

*ORIGINAL*

*Law Offices of*
*Ronald G. Housh, P.S.*
800 Fifth Avenue, Suite 4000
Seattle, Washington 98104
(206) 381-1341/ FAX: (206) 464-0461
Email: ron@housh.org

|   |   |
|---|---|
| U.S. BANKRUPTCY COURT EASTERN DISTRICT OF TEXAS  2012 JUN 25 AM 7:42  CLERK  BY_____DEPUTY | Judge: Hon. Brenda Rhoades<br>Location: Sherman<br>Chapter: 13 |

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

IN RE:

CORBIN SCOTT GEISER AND
KELLY ANNE GEISER,

Debtor.

No. 12-41235

PROOF OF SERVICE

MALLORY R. TRIPLETT, under penalty of perjury under the laws of the United States, declares as follows:

1. That I am a citizen of the United States, over the age of 21 years, and competent to be a witness herein.

2. That on June 20, 2012, I forwarded by first-class mail with postage prepaid in Seattle, Washington, copies of the **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF PROCEEDINGS** of Fairway Lane Townhomes Owners Association to the following:

Marcus Leinart
Leinart Law Firm
11520 N. Central Expwy., Suite 212
Dallas, Texas 75243

U.S. Trustee
700 Stewart Street Suite 5103
Seattle, Washington 98101

Janna L. Countryman
Chapter 13 Trustee
P. O. Box 941166
Plano, Texas 75094-1166

DATED this 20th day of June 2012.

_____
Mallory R. Triplett, Legal Assistant
Ronald G. Housh, PS

PROOF OF SERVICE – 1

CDC xf130204

ORIGINAL

*Law Offices of*
*Ronald G. Housh, P.S.*
800 Fifth Avenue, Suite 4000
Seattle, Washington 98104
(206) 381-1341/ FAX: (206) 464-0461