THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CORBIN SCOTT GEISER | § | CASE NO. 12-41235-R |
| XXX-XX-0113 | § | |
| 3047 MITCHELL WAY | § | CHAPTER 13 |
| THE COLONY, TX 75056 | § | |
| | § | |
| KELLY ANNE GEISER | § | |
| XXX-XX-9231 | § | |
| | § | |
| DEBTORS | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **TWENTY-EIGHT (28) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Janna L. Countryman, Trustee in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1. All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2. The time for filing claims in this proceeding has expired. The Trustee has reviewed all of the claims filed in this proceeding. Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3.  If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed. However, responses to the Trustee's recommendations MUST BE FILED within twenty-eight (28) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof. Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## VALUATION OF COLLATERAL

4.  The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims. These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5.  Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court. The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE

## TRUSTEE'S OBJECTIONS TO CLAIMS

6.  The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims. If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7.  Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims. If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within twenty-eight (28) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8.  If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim. Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9.  If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest. Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

    CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims. The Trustee does not contest these claims. If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS.  PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

11. Responses to the Trustee's recommendation must be filed within twenty-eight (28) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX  75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

Respectfully submitted,

/s/ Shelly Terrill
Janna L. Countryman, TBN 04888050
Shelly Terrill, TBN 00794788
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

CASE NO: 12-41235-R

## SECTION I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| ALLY FINANCIAL<br>P O BOX 380901<br>BLOOMINGTON, MN 55438 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ALLY FINANCIAL<br>P. O. BOX 130424<br>ROSEVILLE, MN 55113 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ALLY FINANCIAL<br>P. O. BOX 78367<br>PHOENIX, AZ 85062 | 32,207.37 | 5.00<br><br>0.00 | SECURED<br>COURT CLAIM REGISTRY # 2<br>2011 JEEP GRAND CHEROKEE<br>TO BE PAID IN FULL |
| AMERICREDIT<br>P. O. BOX 183853<br>ARLINGTON, TX 76096-3853 | 30,543.36 | 5.00<br><br>0.00 | SECURED<br>COURT CLAIM REGISTRY # 1<br>2011 NISSAN QUEST<br>TO BE PAID IN FULL |
| AMERICREDIT<br>P. O. BOX 183853<br>ARLINGTON, TX 76096-3853 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE<br><br>GM FINANCIAL |
| ATTORNEY GENERAL OF TEXAS<br>COLLECTIONS DIV/ BANKRUPTCY SECTION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BARCLAYS BANK DELAWARE<br>ATTENTION: BANKRUPTCY<br>PO BOX 1337<br>PHILADELPHIA, PA 19101 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| Creditor | | | |
|---|---|---|---|
| CACH LLC/SQUARE TWO FINANCIAL<br>ATTENTION: BANKRUPTCY<br>4340 SOUTH MONACO ST. 2ND FLOOR<br>DENVER, CO 80237 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CAPITAL ONE BANK (USA) NA<br>P. O. BOX 12907<br>NORFOLK, VA 23541 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CAPITAL ONE N.A.<br>CAPITAL ONE BANK (USA) N.A.<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CITY NTL BK/OCWEN LOAN SERVICE<br>ATTN: BANKRUPTCY<br>1661 WORTHINGTON RD. SUITE 100<br>WEST PALM BEACH, FL 33409 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| DISCOVER BANK<br>DB SERVICING CORPORATION<br>P. O. BOX 3025<br>NEW ALBANY, OH 43054-3025 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD<br>CLAIM NOT TO BE PAID |
| FAIRWAY LANE TOWN<br>C/O CDC MGMT SERVICES<br>PO BOX 80286<br>CITY OF INDUSTRY, CA 91716-8286 | 0.00 | 0.00<br><br>0.00 | SECURED<br><br>HOA DUES<br>COLLATERAL SURRENDERED, CLAIM NOT TO BE PAID |
| GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON, TX 76096 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| HSBC BANK<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>CAROL STREAM, IL 60197 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| HSBC BANK USA NA<br>C/O OCWEN LOAN SERVICING<br>1661 WORTHINGTON ROAD, SUITE 100<br>WEST PALM BEACH, FL 33409-6493 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| Creditor | Amount | Amount | Classification |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 6,799.06 | 0.00<br><br>0.00 | PRIORITY<br><br>COURT CLAIM REGISTRY # 5<br>2010-2011 INCOME TAXES<br>TO BE PAID AS PRIORITY PER PARA 5(B) OF PLAN |
| JAMES HOGAN<br>AMERICREDIT FINANCIAL SERVICES<br>4000 EMBARCADRO DRIVE<br>ARLINGTON, TX 76014-4101 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LEINART LAW FIRM<br>11520 N. CENTRAL EXPRESSWAY<br>SUITE 212<br>DALLAS, TX 75243-6608 | 2,500.00 | 0.00<br><br>0.00 | ATTORNEY FEE<br><br>$500.00 FEES PAID DIRECT<br>TO BE PAID AS ADMINISTRATIVE |
| LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP<br>2323 BRYAN ST., SUITE 1600<br>DALLAS, TX 75201 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MACKIE WOLF & ZIENTZ, P.C.<br>PACIFIC CENTER I, SUITE 660<br>14180 NORTH DALLAS PARKWAY<br>DALLAS, TX 75254 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE<br><br>OCWEN LOAN SERVICING |
| MICHAEL ZIENTZ<br>MACKIE WOLF & ZIENTZ, P.C.<br>14160 NORTH DALLAS PARKWAY.,<br>SUITE 900<br>DALLAS, TX 75254-4314 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| MIDLAND FUNDING<br>8875 AERO DR<br>SAN DIEGO, CA 92123 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD - CITIBANK<br>CLAIM NOT TO BE PAID |
| MIDLAND FUNDING<br>8875 AERO DR<br>SAN DIEGO, CA 92123 | 0.00 | 0.00<br><br>0.00 | UNSECURED CLAIM NOT FILED<br><br>CREDIT CARD - CITIBANK<br>CLAIM NOT TO BE PAID |

| Creditor | Amount | Amount | Description |
|---|---|---|---|
| OAK HARBOR CAPITAL LLC<br>WEINSTEIN AND RILEY<br>2001 WESTERN AVENUE., SUITE 400<br>SEATTLE, WA 98121-3132 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| OCWEN LOAN SERVICING<br>P. O. BOX 24781<br>WEST PALM BEACH, FL 33416-4781 | 306,123.88 | 0.00<br><br>0.00 | MORTGAGE ON-GOING PAYMENTS<br>COURT CLAIM REGISTRY # 7<br>1ST LIEN FORMER HOMESTEAD<br>COLLATERAL SURRENDERED, CLAIM NOT TO BE PAID |
| OCWEN LOAN SERVICING<br>P. O. BOX 24781<br>WEST PALM BEACH, FL 33416-4781 | 7,033.40 | 0.00<br><br>0.00 | MORTGAGE ARREARAGE<br>COURT CLAIM REGISTRY # 7<br>1ST LIEN FORMER HOMESTEAD ARREARS<br>COLLATERAL SURRENDERED, CLAIM NOT TO BE PAID |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 41067<br>NORFOLK, VA 23541-1067 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PRA RECEIVABLES MANAGEMENT, LLC<br>P. O. BOX 41067<br>NORFOLK, VA 23541-1067 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| RONALD G. HOUSH, P.S.<br>800 FIFTH AVENUE, SUITE 4000<br>SEATTLE, WA 98104 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE<br><br>FAIRWAY LANE TOWNHOMES HOA |
| SPECIALIZED LOAN SERVICING<br>8742 LUCENT BOULEVARD<br>SUITE 300<br>HIGHLANDS RANCH, CO 80129-2386 | 72,583.36 | 0.00<br><br>0.00 | MORTGAGE ON-GOING PAYMENTS<br>COURT CLAIM REGISTRY # 4<br>2ND LIEN FORMER HOMESTEAD<br>COLLATERAL SURRENDERED, CLAIM NOT TO BE PAID |
| SPECIALIZED LOAN SERVICING<br>8742 LUCENT BOULEVARD<br>SUITE 300<br>HIGHLANDS RANCH, CO 80129-2386 | 1,486.69 | 0.00<br><br>0.00 | MORTGAGE ARREARAGE<br>COURT CLAIM REGISTRY # 4<br>2ND LIEN FORMER HOMESTEAD ARREARS<br>COLLATERAL SURRENDERED, CLAIM NOT TO BE PAID |
| TEXAS ALCOHOLIC BEVERAGE COMMISSION<br>LICENSES AND PERMIT DIVISION<br>PO BOX 13127<br>AUSTIN, TX 78711-3127 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

PLA_TrusteesRecommendationClaims

| Creditor | | | | |
|---|---|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>P. O. BOX 13528<br>AUSTIN, TX 78711-3528 | 0.00 | 0.00<br>0.00 | NOTICE ONLY | |
| TEXAS WORKFORCE COMMISSION<br>TEC BUILDING- BANKRUPTCY<br>101 E 15TH ST<br>AUSTIN, TX 78778 | 0.00 | 0.00<br>0.00 | NOTICE ONLY | |
| U.S. ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC 20530-0001 | 0.00 | 0.00<br>0.00 | NOTICE ONLY | |
| UNITED STATES ATTORNEYS OFFICE<br>110 NORTH COLLEGE AVE STE 700<br>TYLER, TX 75702-0204 | 0.00 | 0.00<br>0.00 | NOTICE ONLY | |
| US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 N. COLLEGE AVE.  SUITE 300<br>TYLER, TX 75702-7231 | 0.00 | 0.00<br>0.00 | NOTICE ONLY | |
| USAA FEDERAL SAVINGS BANK<br>C/O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE., SUITE 400<br>SEATTLE, WA 98121-3132 | 0.00 | 0.00<br>0.00 | NOTICE ONLY | |
| USAA SAVINGS BANK<br>PO BOX 47504<br>SAN ANTONIO, TX 78265 | 0.00 | 0.00<br>0.00 | NOTICE ONLY | |
| WASH MUTUAL/PROVIDIAN/CHASE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 15298<br>WILMINGTON, DE 19850 | 0.00 | 0.00<br>0.00 | NOTICE ONLY | |

CASE NO: 12-41235-R

## SECTION II

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 1,797.93 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 5<br>2002 INCOME TAXES W/PENALTY & INTEREST<br>TO BE PAID AS UNSECURED |
| OAK HARBOR CAPITAL LLC<br>WEINSTEIN AND RILEY<br>P. O. BOX 3978<br>SEATTLE, WA 98124 | 905.43 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 6<br>CREDIT CARD - CAPITAL ONE<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 12914<br>NORFOLK, VA 23541-2914 | 228.30 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 9<br>CREDIT CARD - CAPITAL ONE<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 12914<br>NORFOLK, VA 23541-2914 | 640.99 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 8<br>CREDIT CARD - CAPITAL ONE<br>TO BE PAID AS UNSECURED |
| USAA FEDERAL SAVINGS BANK<br>C/O WEINSTEIN & RILEY, P.S.<br>P. O. BOX 3978<br>SEATTLE, WA 98124-3978 | 9,554.56 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 3<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CORBIN SCOTT GEISER | § | CASE NO. 12-41235-R |
| XXX-XX-0113 | § | |
| 3047 MITCHELL WAY | § | CHAPTER 13 |
| THE COLONY, TX  75056 | § | |
| | § | |
| KELLY ANNE GEISER | § | |
| XXX-XX-9231 | § | |
| | § | |
| DEBTORS | § | |

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS) has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

CORBIN SCOTT GEISER
KELLY ANNE GEISER
3047 MITCHELL WAY
THE COLONY, TX  75056

LEINART LAW FIRM
11520 N. CENTRAL EXPRESSWAY
SUITE 212
DALLAS, TX  75243-6608

and to the parties on the attached mailing matrix.

Dated:  May 09, 2013                             /s/ Janna L. Countryman
                                                 Office of the Standing Chapter 13 Trustee

ALLY FINANCIAL
P O BOX 380901
BLOOMINGTON, MN 55438

ALLY FINANCIAL
P. O. BOX 130424
ROSEVILLE, MN 55113

ALLY FINANCIAL
P. O. BOX 78367
PHOENIX, AZ 85062

AMERICREDIT
P. O. BOX 183853
ARLINGTON, TX 76096-3853

ATTORNEY GENERAL OF TEXAS
COLLECTIONS DIV/ BANKRUPTCY
SECTION
PO BOX 12548
AUSTIN, TX 78711-2548

BARCLAYS BANK DELAWARE
ATTENTION: BANKRUPTCY
PO BOX 1337
PHILADELPHIA, PA 19101

CACH LLC/SQUARE TWO FINANCIAL
ATTENTION: BANKRUPTCY
4340 SOUTH MONACO ST. 2ND FLOOR
DENVER, CO 80237

CAPITAL ONE BANK (USA) NA
P. O. BOX 12907
NORFOLK, VA 23541

CAPITAL ONE N.A.
CAPITAL ONE BANK (USA) N.A.
PO BOX 30285
SALT LAKE CITY, UT 84130

CITY NTL BK/OCWEN LOAN SERVICE
ATTN: BANKRUPTCY
1661 WORTHINGTON RD. SUITE 100
WEST PALM BEACH, FL 33409

DISCOVER BANK
DB SERVICING CORPORATION
P. O. BOX 3025
NEW ALBANY, OH 43054-3025

FAIRWAY LANE TOWN
C/O CDC MGMT SERVICES
PO BOX 80286
CITY OF INDUSTRY, CA 91716-8286

GM FINANCIAL
PO BOX 181145
ARLINGTON, TX 76096

HSBC BANK
ATTN: BANKRUPTCY
PO BOX 5213
CAROL STREAM, IL 60197

HSBC BANK USA NA
C/O OCWEN LOAN SERVICING
1661 WORTHINGTON ROAD, SUITE 100
WEST PALM BEACH, FL 33409-6493

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
P. O. BOX 7317
PHILADELPHIA, PA 19101-7317

JAMES HOGAN
AMERICREDIT FINANCIAL SERVICES
4000 EMBARCADRO DRIVE
ARLINGTON, TX 76014-4101

LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP
2323 BRYAN ST., SUITE 1600
DALLAS, TX 75201

MACKIE WOLF & ZIENTZ, P.C.
PACIFIC CENTER I, SUITE 660
14180 NORTH DALLAS PARKWAY
DALLAS, TX 75254

MICHAEL ZIENTZ
MACKIE WOLF & ZIENTZ, P.C.
14160 NORTH DALLAS PARKWAY.,
SUITE 900
DALLAS, TX 75254-4314

MIDLAND FUNDING
8875 AERO DR
SAN DIEGO, CA 92123

OAK HARBOR CAPITAL LLC
WEINSTEIN AND RILEY
P. O. BOX 3978
SEATTLE, WA 98124

OAK HARBOR CAPITAL LLC
WEINSTEIN AND RILEY
2001 WESTERN AVENUE., SUITE 400
SEATTLE, WA 98121-3132

OCWEN LOAN SERVICING
P. O. BOX 24781
WEST PALM BEACH, FL 33416-4781

PORTFOLIO RECOVERY ASSOCIATES
P. O. BOX 41067
NORFOLK, VA 23541-1067

PORTFOLIO RECOVERY ASSOCIATES
P. O. BOX 12914
NORFOLK, VA 23541-2914

| | | |
|---|---|---|
| PRA RECEIVABLES MANAGEMENT, LLC<br>P. O. BOX 41067<br>NORFOLK, VA 23541-1067 | RONALD G. HOUSH, P.S.<br>800 FIFTH AVENUE, SUITE 4000<br>SEATTLE, WA 98104 | SPECIALIZED LOAN SERVICING<br>8742 LUCENT BOULEVARD<br>SUITE 300<br>HIGHLANDS RANCH, CO 80129-2386 |
| TEXAS ALCOHOLIC BEVERAGE COMMISSION<br>LICENSES AND PERMIT DIVISION<br>PO BOX 13127<br>AUSTIN, TX 78711-3127 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>P. O. BOX 13528<br>AUSTIN, TX 78711-3528 | TEXAS WORKFORCE COMMISSION<br>TEC BUILDING- BANKRUPTCY<br>101 E 15TH ST<br>AUSTIN, TX 78778 |
| U.S. ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES ATTORNEYS OFFICE<br>110 NORTH COLLEGE AVE STE 700<br>TYLER, TX 75702-0204 | US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 N. COLLEGE AVE. SUITE 300<br>TYLER, TX 75702-7231 |
| USAA FEDERAL SAVINGS BANK<br>C/O WEINSTEIN & RILEY, P.S.<br>P. O. BOX 3978<br>SEATTLE, WA 98124-3978 | USAA FEDERAL SAVINGS BANK<br>C/O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE., SUITE 400<br>SEATTLE, WA 98121-3132 | USAA SAVINGS BANK<br>PO BOX 47504<br>SAN ANTONIO, TX 78265 |
| WASH MUTUAL/PROVIDIAN/CHASE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 15298<br>WILMINGTON, DE 19850 | | |