THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

EOD
06/17/2013

| | |
|---|---|
| IN RE: § | |
| § | |
| CORBIN SCOTT GEISER § | CASE NO. 12-41235-R |
| XXX-XX-0113 § | |
| 3047 MITCHELL WAY § | CHAPTER 13 |
| THE COLONY, TX 75056 § | |
| § | |
| KELLY ANNE GEISER § | |
| XXX-XX-9231 § | |
| § | |
| DEBTORS § | |

## ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS

ON THIS DATE the Court considered the Trustee's Recommendation Concerning Claims filed in the above-referenced case by Janna L. Countryman, Standing Chapter 13 Trustee, on May 09, 2013 (the "TRCC"). The Court finds that the TRCC was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate negative notice language pursuant to LBR 3015(g). The Court further finds that no objection to the TRCC has been timely filed and, thus, the allegations contained in the TRCC stand unopposed and, accordingly, good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the above-referenced TRCC is hereby APPROVED as such may be amended by order(s) regarding claim(s) and/or subject to any orders modifying plan entered subsequent thereto, if applicable.

Signed on 06/17/2013

*Brenda T. Rhoades*     SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

PLA_Order_TRCC